UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

FLASH 90 LTD.,                                                                    JUDGMENT

                            Plaintiff,

            v.
                                                                                          21-CV-5607-PKC-SJB

YEVREISKI MIR,

                            Defendant.

-------------------------------------------------------------X

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on February 20, 2024, adopting the Report and Recommendation of Magistrate Sanket J. Bulsara, dated February 1, 2024, granting Plaintiff's motion for default judgment on its copyright infringement claim against Defendant Yevreiski Mir; and awarding Plaintiff  $1,000 in statutory damages, $560 in attorney's fees, and $400 in costs for a total of $1,960, plus post-judgment interest; it is

ORDERED and ADJUDGED that Plaintiff's motion for default judgment on its copyright infringement claim against Defendant Yevreiski Mir is granted; and that Plaintiff is awarded a total amount of $1,960 plus post-judgment interest.

Dated: Brooklyn, New York                              Brenna B. Mahoney
            February 21, 2024                                  Clerk of Court

                                                              By:      /s/Jalitza Poveda
                                                                        Deputy Clerk